■ In the Matter of RACHEL WW. and Others, Infants, Alleged to be Children of a Mentally Ill Parent. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LINDA WW., Appellant.—Appeal from an order of the Family Court of St. Lawrence County (Nelson, J.), entered June 8, 1987, which granted petitioner's applications, in two proceedings pursuant to Social Services Law § 384-b, to adjudicate Rachel WW. and Anthony WW. to be the children of a mentally ill parent, and terminated respondent's parental rights.

Order affirmed, without costs, upon the opinion of Judge David S. Nelson. Mahoney, P. J., Kane, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.